IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:20-CR-00288-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| ERIC HENDERSON, | |
| Defendant. | |

**THIS MATTER** is before the Court on a remand from the Fourth Circuit Court of Appeals (Doc. Nos. 45, 46). The United States Probation Office is hereby directed to prepare a supplement to the Defendant's presentence report ("PSR") addressing the remanded issues: USSG §§ 2K2.1(b)(6)(B) and 3C1.2. Objections to the PSR supplement will be due two (2) weeks after the supplement is filed. Replies will be due one (1) week after any Objections are filed.

**SO ORDERED.**

Signed: January 4, 2024

Kenneth D. Bell
United States District Judge