IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

UNITED STATES OF AMERICA

v.                      CASE NUMBER: 3:20-cr-00288-KDB

ERIC HENDERSON

THIS MATTER is before the Court sua sponte:

**NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshal Service is hereby ORDERED to transport and produce the body of Defendant, Eric Henderson (USM# 16582-058), for resentencing before the Honorable Kenneth D. Bell, in the Western District of North Carolina, Charlotte on or before February 28, 2024 for hearing on **February 29, 2024 at 9:30AM in Courtroom #4B, 401 W Trade St, Charlotte, NC 28202**, and upon completion of the hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

IT IS SO ORDERED.

Signed: February 13, 2024

Kenneth D. Bell
United States District Judge